## J. J. SHAWVER v. STATE.

### No. A-2280.

Appeal from County Court, Canadian County;

W. A. Maurer, Judge.

J. J. Shawver was convicted of violating the prohibitory law, and appeals. Affirmed.

Fogg & Bennett, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, J. J. Shawver, was convicted at the January, 1914, term of the county court of Canadian county on a charge of unlawfully conveying intoxicating liquor from one place in said county to another place therein, and his punishment fixed at a fine of $50.00 and imprisonment in the county jail for a period of thirty days.

A careful examination of the record discloses no error sufficient to justify a reversal. The judgment of the trial court is therefore affirmed.

## J. A. TILLEY v. STATE.

### No. A-2265.

Appeal from County Court, Tulsa County.

Hon. Conn Linn, Judge.

J. A. Tilley was convicted of unlawfully selling intoxicating liquor, and appeals. Affirmed.

J. P. Evers, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, J. A. Tilley, was convicted at the January, 1914, term of the county court of Tulsa county, on a charge of unlawfully selling intoxicating liquor, and his punishment fixed at a fine of fifty dollars ($50.00) and imprisonment in the county jail for a period of thirty days.

Upon a careful examination of the record, we are of opinion that the judgment of the trial court should be confirmed, and it is so ordered.